## STATEMENT IN
## SUPPORT OF PROBABLE CAUSE

IN RE: Erick FRAYRE-Rendon

I, CBP Enforcement Officer Jorge L. Campos, declare and state as follows:

On or about October 09, 2021, at approximately 3:38 am, defendant, Erick FRAYRE-Rendon, a citizen and national of Mexico, applied for admission into the United States at the Lincoln Juarez Port of Entry in Laredo, Texas, as a passenger on a commercial bus. At primary inspection, defendant presented a State of Georgia Birth Certificate bearing the name of Y.F.R. to primary CBPO Christian John Sy. During primary questioning, the defendant claimed to be a United States Citizen. When asked where he had been born, the defendant stated the United States. When asked if he was utilizing the document presented to apply for entry into the United States, the defendant stated yes. Defendant stated he was coming from Zacatecas and was traveling to Wichita, KS where he planned to reside. Defendant was referred to secondary for further inspection. During the pat down, a Mexican Voting Card, bearing the defendant's photograph and name of Erick FRAYRE-Rendon, was found inside the defendant's shoe. Defendant was read his rights via form 1-214. Defendant waived his rights and agreed to provide a statement. Defendant identified himself as Erick Abner FRAYRE-Rendon, a citizen and national of Mexico, born in Rio Grande, Zacatecas, Mexico on August 01, 1997. Defendant stated the document presented belonged to his brother & had been provided by his mother. Facts are based on the defendant's sworn statement & records of Customs & Border Protection. The defendant was paroled into the United States and an Immigration hold has been placed.

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct.

Executed on the 9th day of October of 2021:

Jorge L. Campos
CBP Enforcement Officer
Department of Homeland Security